UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| VERANIA DOMINGUEZ,<br>          Plaintiff,<br><br>     v.<br><br>EAGLE RIVER HOMES, LLC and<br>MANPOWERGROUP US, INC.,<br>*d/b/a MANPOWER*,<br>          Defendants. | :<br>:<br>:<br>:     No. 5:24-cv-00852<br>:<br>:<br>:<br>:<br>: |

# **O R D E R**

**AND NOW**, this 15th day of April, 2025, for the reasons set forth in the Opinion issued this date, **IT IS ORDERED THAT:**

1. Defendant Manpower US, Inc.'s[1] Motion for Summary Judgment, ECF No. 38, is **GRANTED**. Judgment is **ENTERED** in favor of Defendant Manpower and against Plaintiff on all claims. Manpower is **TERMINATED** as a defendant.

2. Defendant Eagle River Homes, LLC's Motion for Summary Judgment, ECF No. 46, is **GRANTED in part and DENIED in part** as follows:

   A. Summary judgment is **GRANTED** in favor of Eagle River and against Plaintiff as to the ADA discrimination and ADA failure-to-accommodate claims.

   B. Summary judgment is **DENIED** as to the ADA retaliation claim against Eagle River. This claim, only, may proceed to arbitration.

3. The Clerk of Court is directed to promptly schedule this case for arbitration on the sole remaining claim for ADA retaliation against Eagle River.

                                                            BY THE COURT:


                                                            */s/ Joseph F. Leeson, Jr.*
                                                            JOSEPH F. LEESON, JR.
                                                            United States District Judge

---

[1] Manpower was improperly named as ManpowerGroup US, Inc.