## IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| VERANIA DOMINGUEZ | : | CIVIL ACTION |
| | : | |
| Plaintiff, | : | CASE NO.: 24-852 |
| | : | |
| v. | : | |
| | : | |
| MANPOWERGROUP, INC., | : | |
| d/b/a MANPOWER, | : | |
| | : | |
| Defendants. | : | |

### NOTICE OF APPEAL

NOTICE IS HEREBY GIVEN that Verania Dominguez, Plaintiff in the above-referenced case, hereby appeals to the United States Court of Appeals for the Third Circuit from the Order of this Court dated April 15, 2025 granting Summary Judgment as to Defendant ManpowerGroup, Inc. d/b/a Manpower only. (A copy of the Court's Order dated April 15, 2025 is attached hereto and marked as "Exhibit A").

Respectfully submitted,

**KARPF, KARPF & CERUTTI, P.C.**

By:    */s/ Traci M. Greenberg*
Traci M. Greenberg, Esq. (PA ID No. 86396)
8 Interplex Drive
Suite 210
Feasterville-Trevose, PA 19053
P: (215) 639-0801
F: (215) 639-4970
Tgreenberg@karpf-law.com

Dated: April 15, 2025